IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00651-GPG

SERENA CAMPBELL,

    Plaintiff,

v.

THE CITY OF NORTHGLENN, COLORADO, and
ADAMS COUNTY, COLORADO,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that this case does not appear to be appropriate for summary dismissal and should be drawn to a presiding judge, and if appropriate, to a magistrate judge. *See* D.C.COLO.LCivR 40.1(a). Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge, and, if appropriate, to a magistrate judge.

DATED April 27, 2016, at Denver, Colorado.

                                              BY THE COURT:

                                              S/ Gordon P. Gallagher

                                              _____
                                              United States Magistrate Judge